# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

Shonta Ebony Shaice Henderson,
[You are the PLAINTIFF, print your full name on this line.]

v.

Deputy Harris,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number: 3:22-cv-42
[For a new case in this court, leave blank. The court will assign a case number.]

**FILED**
JAN 14 2022
At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | Deputy Harris | 401 W. Sample Street South Bend IN, 46601 |
| 2 | Warden Olmstead Russ | 401 W. Sample Street South Bend IN, 46601 |
| 3 | Captain Z. | 401 W. Sample Street South Bend IN, 46601 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? 3
2. What is the name and address of your prison or jail? St. Joseph County Jail
3. Did the event you are suing about happen there? ☒ Yes  ☐ No, it happened at: _____
4. On what date did this event occur? December 7th of 2021

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

 DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

 DO NOT: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On December 7th of 2021 Deputy Harris a female guard booked me in with a male Deputy Bradford. I came into custody with about $1,100 dollars I turned myself into the St. Joesph County Jail while in the shower area with Deputy Harris getting dressed out me and Deputy Harris had a conversation about why I was back at the St. Joesph County Jail. I had informed Deputy Harris that I was ready to get my case done and over with and the only thing that kept me in a good mood was talking to my kids. Deputy Harris then told me that if I were to give her some of that money I came in with that she would let me get my cell phones to talk to my kids I told her I couldn't the money was already on my books but I had money on my debit card Deputy Harris then went into my pink purse without

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

**Claims and Facts (continued)**

my permission and started copying my Navy Federal credit card number down. I was caught with the two cell phones, a tierra, some money like lose change, a ring, and my credit card that day in custody and was called to the Wardens office. Warden Olmstead and he told me that if I didn't give them the password to my phones to delete the pictures of the jail off my Facebook I would get another felony. He and the captain then tried bribing that they could help me out asking me why was I in jail so I unlocked my phone and allowed them to delete the pictures out of my phone but my family already has them and some was sent to the jail. My rights were violated because I told the Warden and captain Deputy Harris gave the items to me and the warden and captain threatned me with a felony also my Navy federal banking account said there is suspicious activity on there I cant even access it because of the suspicious activity and due to me being incarcerated she had no beissiness (Deputy Harris) taking my Debit card number or giving me the items in the first place. Bribing me.

5. When did this event happen?
   ○ Before I was confined.
   ⊗ While I was confined awaiting trial.
   ○ After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ⊗ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event is not grievable at this prison or jail.
   ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
   ⊗ Yes, this event was grievable, but I did not file a grievance because _____
   I filed a grievance but the Jail failed to respond to me about the situation.

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]
   I would like Deputy Harris charged with a criminal case for attempting to use my Debit card and stealing my numbers and I want to get paid from the St. Joesph County Jail for what happened

[Initial Each Statement]
___ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
___ I will keep a copy of this complaint for my records.
___ I will promptly notify the court of any change of address.
___ I WILL NOT send more than one copy of any filing to the court.
___ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
___ I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on __1_/_6_/20_22_ at _10:30_ am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____   315899
Signature                    Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]