UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SHONTA EBONY SHAREE HENDERSON, | |
| Plaintiff, | |
| v. | CAUSE NO. 3:22-CV-42-JD-MGG |
| HARRIS, et al., | |
| Defendants. | |

ORDER

Shonta Ebony Sharee Henderson, a prisoner without a lawyer, sent the court a letter asking to dismiss this case. ECF 3. The court construes the letter as a notice pursuant to Federal Rule of Civil Procedure 41(a)1)(1)(i).

The clerk is DIRECTED to edit the docket to show the letter (ECF 3) is a Notice of Dismissal and to CLOSE this case.

SO ORDERED on January 21, 2022

s/ Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge